UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

IN RE:
CASE NO.: 20–41446
CHAPTER: 7
DEBTOR(s):
Matthew K. Marchand – See below for reported alias information
xxx–xx–5766
– See below for reported alias information

## FINAL DECREE

  The Court finds that the trustee has performed all required duties in the administration of this case; that the Trustee has made distribution of all funds which came into the Trustee's posession as required by orders of this Court and has rendered a full and complete account thereof; and that the Trustee has performed all other and further duties required in the administration of this case; and that the estate of the above named debtor has been fully administered.

  IT IS ORDERED that the report of said Trustee be and it is approved and allowed; that the Trustee be discharged and relieved of his trust; that the blanket bond of the Trustee, insofar as it applies to this estate, be canceled and the surety thereon be released from further liability, except any liability which may have accured during the time such bond was in effect.

  IT IS FURTHER ORDERED that the debtor is relieved of further responsibility for keeping this Court and the Trustee advised of his current mailing address.

  IT IS FURTHER ORDERED that case is closed.

*[Signature]*

**U. S. Bankruptcy Judge**

Dated: 7/1/20

**Reported Alias Information:**
Matthew K. Marchand –
–